**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of California

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Sterne Wood, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 82-1838294 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 4683 Point Loma Ave | |
| Number    Street | Number    Street |
| | P.O. Box |
| San Diego    CA    92107 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| San Diego County | |
| County | Number    Street |
| | City    State    ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor    Sterne Wood, LLC    Case number (if known)_____
         Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☑ None of the above |
| | | B. *Check all that apply:* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ . _____ |

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   ☐ Chapter 7
   ☐ Chapter 9
   ☑ Chapter 11. *Check **all** that apply:*
      ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
      ☐ A plan is being filed with this petition.
      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes.  District _____ When _____ Case number _____
                                         MM / DD / YYYY
           District _____ When _____ Case number _____
                                         MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes.  Debtor _____ Relationship _____
            District _____ When _____
                                                        MM / DD / YYYY
            Case number, if known _____

Debtor  Sterne Wood, LLC _____   Case number (*if known*)_____
        Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* <br><br> ❑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br><br> ❑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No <br> ❑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br> **Why does the property need immediate attention?** (*Check all that apply.*) <br><br> ❑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>    What is the hazard? _____ <br><br> ❑ It needs to be physically secured or protected from the weather. <br><br> ❑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br><br> ❑ Other _____ <br><br> **Where is the property?**_____ <br>                Number      Street <br> _____ <br> _____ <br>   City                    State    ZIP Code <br><br> **Is the property insured?** <br> ❑ No <br> ❑ Yes. Insurance agency _____ <br>        Contact name _____ <br>        Phone _____ |

■ **Statistical and administrative information**

| 13. | **Debtor's estimation of available funds** | *Check one:* <br> ☑ Funds will be available for distribution to unsecured creditors. <br> ❑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | |
|---|---|---|---|---|
| 14. | **Estimated number of creditors** | ☑ 1-49 <br> ❑ 50-99 <br> ❑ 100-199 <br> ❑ 200-999 | ❑ 1,000-5,000 <br> ❑ 5,001-10,000 <br> ❑ 10,001-25,000 | ❑ 25,001-50,000 <br> ❑ 50,001-100,000 <br> ❑ More than 100,000 |
| 15. | **Estimated assets** | ☑ $0-$50,000 <br> ❑ $50,001-$100,000 <br> ❑ $100,001-$500,000 <br> ❑ $500,001-$1 million | ❑ $1,000,001-$10 million <br> ❑ $10,000,001-$50 million <br> ❑ $50,000,001-$100 million <br> ❑ $100,000,001-$500 million | ❑ $500,000,001-$1 billion <br> ❑ $1,000,000,001-$10 billion <br> ❑ $10,000,000,001-$50 billion <br> ❑ More than $50 billion |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **3**

Debtor  Sterne Wood, LLC                                              Case number (if known)_____
        Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/13/2025
             MM  / DD  / YYYY

✘ /s/  Danny Ormsby                          Danny Ormsby
Signature of authorized representative of debtor    Printed name

Title  Managing Member

**18. Signature of attorney**

✘ /s/ Donald Reid                            Date  05/13/2025
Signature of attorney for debtor                   MM  / DD  / YYYY

Donald Reid
Printed name

Law Office of Donald W. Reid
Firm name

PO Box 2227
Number        Street

Fallbrook                                    CA        92088
City                                         State     ZIP Code

(951) 777-2460                               don@donreidlaw.com
Contact phone                                Email address

281743                                       CA
Bar number                                   State

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 4

Center Street Lending VIII SPE, LLC
18201 Von Karman Ave
Suite 400
Irvine, CA 92612


City of San Diego Public Utilities Department
PO Box 129020
San Diego, CA 92112-9020


Del Toro Loan Servicing fbo the Barton Partie
2300 Boswell Road
Chula Vista, CA 91914


EcoHouse Architecture
2640 Financial Ct.
San Diego, CA 92117


Franchise Tax Board Attn: Bankruptcy Unit
PO Box 2952
Sacramento, CA 95812


Innovative Capital Income Fund
1075 Rosecrans St.
San Diego, CA 92106


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-746


Keith Hilton
PO Box 6614
San Diego, CA 92166


SDGE
8330 Century Park Court
San Diego, CA 92123-1530

United States Bankruptcy Court
Southern District of California

In re: Sterne Wood, LLC

Case No.

Chapter 11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 05/13/2025

/s/ Danny Ormsby
Signature of Individual signing on behalf of debtor

Managing Member, Sterne Wood, LLC
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: Sterne Wood, LLC

United States Bankruptcy Court for the: Southern District of California

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | EcoHouse Architecture<br>2640 Financial Ct.<br>San Diego, CA, 92117 | | Services | | | | 0.00 |
| 2 | City of San Diego Public Utilities Department Customer Support Division<br>PO Box 129020<br>San Diego, CA, 92112-9020 | | Utility Services | | | | 0.00 |
| 3 | Keith Hilton<br>PO Box 6614<br>San Diego, CA, 92166 | | Services | | | | 0.00 |
| 4 | SDGE<br>8330 Century Park Court<br>San Diego, CA, 92123-1530 | | Utility Services | | | | 0.00 |
| 5 | Franchise Tax Board Attn: Bankruptcy Unit<br>PO Box 2952<br>Sacramento, CA, 95812 | | Taxes & Other Government Units | | | | 0.00 |
| 6 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA, 19101-746 | | Taxes & Other Government Units | | | | 0.00 |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  Sterne Wood, LLC  
_____Name_____

Case number *(if known)*_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204        **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**        page 2